# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VAISHALI P. RILEY,                    :
                                      :
                    Plaintiff,        :
                                      :
        v.                            :         Case No. _____
                                      :
WELLS FARGO BANK, N.A.                :
                    Defendant.        :
                                      :

## DEFENDANT'S NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

Defendant Wells Fargo Bank, N.A., through its undersigned counsel, pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441, and 28 U.S.C. § 1446, and hereby files a Notice of Removal of the above-captioned action from the Magisterial District Court of the Commonwealth of Pennsylvania (Montgomery County), in which it is now pending, to the United States District Court for the Eastern District of Pennsylvania, based on the following grounds:

1.      Plaintiff Vaishali P. Riley commenced this action by way of a Civil Complaint filed in the Magisterial District Court for Montgomery County, Pennsylvania, Docket No. MJ-38101-CV-0000065-2015, on March 20, 2015 (the "State Court Action").

2.      Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of the Civil Complaint is attached hereto as Exhibit A.  Additionally, a copy of all other process, pleadings, and orders which have been served upon Defendant are attached hereto as Exhibit A.

3.      The Civil Complaint was first received by Defendant on April 9, 2015.

4.      Plaintiff's Civil Complaint purports to allege a cause of action against Defendant pursuant to 26 U.S.C. § 7434. Specifically, Plaintiff alleges that Defendant filed a false W-2 in violation of 26 U.S.C. § 7434. Exhibit A.

5.      This case is removable under 28 U.S.C. § 1441(b) because it involves claims arising under the laws of the United States over which this Court has original federal question jurisdiction under 28 U.S.C. § 1331.  Specifically, this Court has original federal question jurisdiction over Plaintiff's claim arising under 26 U.S.C. § 7434. This Court has supplemental jurisdiction over the remaining state law claims (to the extent that such claims have been made[1]), because those claims are so related to the federal claims that the federal and state claims form part of the same case or controversy.  See 28 U.S.C. § 1367.

6.      This case meets the requirements for removal to this Court under 28 U.S.C. § 1441(a) because this civil action is one in which the district courts of the United States have original jurisdiction, and this Court is the district court embracing the place where the state court action was pending.

7.      In accordance with 28 U.S.C. § 1446(b), this Notice has been filed within 30 days after receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based.

8.      Promptly upon filing this Notice of Removal, Defendants will give written notice to Plaintiff and will file a copy of this Notice of Removal with the Magisterial District Court for Montgomery County.  Attached hereto as Exhibit B is a copy of the Notice of Filing Notice of Removal to Federal Court that will be filed with the Magisterial District Court for Montgomery County.

---

[1] The Civil Complaint also alleges that the W-2 issued by Defendant "falsely indicat[ed] that the plaintiff was subject to PA taxes." However, it is unclear from the Complaint whether Plaintiff makes any claim under Pennsylvania law.

9.     The filing fee and an executed civil information sheet accompany this Notice.

WHEREFORE, Defendant hereby removes the above action now pending in the Magisterial District Court for Montgomery County, Pennsylvania, Docket No. MJ-38101-CV-0000065-2015, be removed to and filed with this Court.

Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.

Paul Lancaster Adams (Pa. Id. No. 72222)
Julie A. Donahue (Pa. Id. No. 203347
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2800
(215) 995-2801 (fax)
pladams@ogletreedeakins.com
julie.donahue@ogletreedeakins.com
Attorneys for Defendant

Dated:  May 6, 2015

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| VAISHALI P. RILEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. _____ |
| | : | |
| WELLS FARGO BANK, N.A. | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of May 2015, a true and correct copy of the foregoing Defendant's Notice of Removal, Civil Cover Sheet, Designation Form, Case Management Track Designation Form, and Certificate of Service were served by first class mail, postage prepaid, to counsel for Plaintiff addressed as follows:

> Alan B. Kane
> One Montgomery Plaza
> Suite 608
> Norristown, PA 19401
> Attorney for Plaintiff

Julie A. Donahue
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2800
(215) 995-2801 (fax)
julie.donahue@ogletreedeakins.com
Attorney for Defendant

21113820.1

4

# EXHIBIT A

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY



**Civil Action Hearing Notice**

| | |
|---|---|
| Mag. Dist. No: | MDJ-38-1-01 |
| MDJ Name: | Honorable Ester J. Casillo |
| Address: | 160 West Germantown Pike<br>Suite D5<br>Norristown, PA 19401 |
| Telephone: | 610-272-3029 |

Vaishali P Riley
v.
Wells Fargo Bank, NA

Wells Fargo Bank, NA
625 Marquette Avenue
Minneapolis, MN 55479

Docket No:   MJ-38101-CV-0000065-2015
Case Filed:  3/20/2015

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| Date: Thursday, April 30, 2015 | Place: | Magisterial District Court 38-1-01, Norristown<br>160 West Germantown Pike<br>Suite D5<br>Norristown, PA 19401<br>610-272-3029 |
|---|---|---|
| Time: 10:00 AM | | |

**NOTIFY THIS OFFICE IF YOU INTEND TO APPEAR FOR HEARING**

### Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.

**You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

### Notice To Plaintiff

Pursuant to Pa.R.C.P.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.



COMMONWEALTH OF PENNSYLVANIA

COUNTY OF MONTGOMERY

WEST NORRITON TOWNSHIP
EAST NORRITON TOWNSHIP

### ESTER J. CASILLO
**MAGISTERIAL DISTRICT JUDGE**
Magisterial District 38-1-01
160 W. Germantown Pike
Suite D5
Norristown, PA 19401

OFFICE:
TEL 610-272-3029
FAX 610-272-5080

## Notice to All Parties:

This date is just a **DEFAULT DATE**. There is not an actual hearing and neither party should be present. The defendant in this case should contact this COURT by PHONE (610-272-3029) on or before date if they wish to enter a defense to the claim. If the defendant enters their defense, a new hearing date will be scheduled. This will be the actual hearing for which both parties must be present. If no defense is entered, then a default judgement will be entered against the defendant. If you have any questions, please contact the COURT at 610-272-3029. Thank you.

**TO SETTLE YOUR CASE, REMIT AMOUNT OF CLAIM PLUS COSTS DIRECTLY TO PLAINTIFF. THE PLAINTIFF WILL THEN NOTIFY THE COURT THAT IT HAS BEEN PAID.**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: MONTGOMERY

**CIVIL COMPLAINT**

Magisterial District Number: 38-1-01

MDJ Name: Hon.
Ester J. Casillo
Address: 160 W. Germnantown Pike
Suite D5
Norristown, PA 19401
Telephone: (215)343-0627

PLAINTIFF: NAME and ADDRESS

Vaishali P. Riley

16919 Cobbler Crossing Drive
Sugar Land, TX 77498

**VS.**

DEFENDANT: NAME and ADDRESS

Wells Fargo Bank, NA.
625 Marquette Avenue
Minneapolis, MN 55479

Docket No.: CV-65-15

Date Filed: 03/20/15

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 162.50 | / / |
| POSTAGE | $ 13.35 | / / |
| SERVICE COSTS | $ | / / |
| CONSTABLE ED. | $ | / / |
| TOTAL | $ 175.85 | 03/ 23/ 15 |

*Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*

Pa.R.C.P.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

TO THE DEFENDANT: The above named plaintiff(s) asks judgment against you for $ 12,000.00    together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated): In 2014, the defendant paid wages to the plaintiff. On or about 2/14/15, the defendant issued the plaintiff a W-2 falsely indicating that the plaintiff was subject to PA taxes. The W-2 also falsely indicates the appropriate amount of federal income tax to be withheld. The W-2 shows excess federal witholding over the amount allowed by the IRS regulations. The plaintiff resides in Texas and did not perform work in PA which the wages were being paid for . The defendant's actions of filing the false W-2 were willful and intentional. All times material hereto, the defendant knew that the plaintiff resided in Texas and was not subject to PA taxes and that the federal withholding amount was erroneous, and despite plaintiff's request for the defendant to correct its records, the defendant refused to do so. Pursuant to 26 U.S.C. 7434, anyone who willfully files a false W-2 is subject to statutory damages of the greater of $5,000 or actual damages plus attorney's fees and costs .

I, Alan B. Kane, Esquire                    verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1.

IF YOU INTEND TO ENTER A DEFENSE TO THIS COMPLAINT, YOU SHOULD SO NOTIFY THIS OFFICE IMMEDIATELY AT THE ABOVE TELEPHONE NUMBER. YOU MUST APPEAR AT THE HEARING AND PRESENT YOUR DEFENSE. UNLESS YOU DO, JUDGMENT MAY BE ENTERED AGAINST YOU BY DEFAULT.

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five (5) days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

MAR 2 0 2015

AOPC 308A-11

Review Paycheck

**Paycheck Earnings** | Paycheck Taxes | Paycheck Deductions | Pay Check Memo NW

Empl ID 0000101440B    Name  **Riley,Vaishali Patel**

**Paycheck Information**

Company  B10     Pay Group  BE0

Paycheck Status   Confirmed          Paycheck Option  Check      Page  19        Separate Check

☑ Off Cycle   Issue Date  10/14/2014     Paycheck Number  7506167

☐ Reprint      ☐ Adjustment      Pay Period End  10/31/2014

☐ Corrected     ☐ Cashed

**Paycheck Totals**                          Find | View All    First ⊕ 1 of 1 ⊕ Last

                                    Earnings     33,500.00
                                    Taxes        12,326.65
                                    Deductions        0.00
                                    Net Pay      21,173.35

**Earnings**                                               Line  1

Begin Date:   10/01/2014    End Date:   10/31/2014   Addl Line Nbr:      Reason:   Not Specified

**Salaried**                    **Hourly**                    **Overtime**                 Additional Data

Hours:    0.00         Hours:       0.00         Hours:       0.00

Rate:   34.583448      Rate:   0.000000          Rate:   0.000000

Earnings:   0.00       Earnings:    0.00         Earnings:    0.00

                       Rate Code:                 Rate Code:

State:    PA      Locality:   090402         Shift:    1       Shift Rate:

                                    UPPER SOUTHAMPTON TWP

**Other Earnings**                            Personalize | Find | View All | 🔢 | 🔢   First ⊕ 1 of 1 ⊕ Last

**Other Earnings Details 1** | Other Earnings Details 2 |  🔢

Code    Description              Rate Code    Award Date    Hours        Rate    Amount    Tax Method

416     MISC Non-Certified Earnings                                              33,500.00 Special Supplemental

☐ Special Accumulators

Return to Search.    🔔 Notify.

Review Paycheck

Paycheck Earnings | **Paycheck Taxes** | Paycheck Deductions | Pay Check Memo NW

**Paycheck Information**

| | |
|---|---|
| Empl ID 0000101440B | Name **Riley,Vaishali Patel** |
| Company B10 | Pay Group BE0 |

Paycheck Status   Confirmed

Issue Date 10/14/2014

☐ Reprint      ☐ Adjustment

☑ Off Cycle

Pay Period End  10/31/2014

**Paycheck Option**  Check

**Paycheck Number** 7506167

☐ Corrected    ☐ Cashed

Page  19

**Paycheck Totals**      Separate Check

Line  1

| | |
|---|---|
| Earnings | 33,500.00 |
| Taxes | 12,326.65 |
| Deductions | 0.00 |
| Net Pay | 21,173.35 |

▼ **Taxes**

Personalize | Find | View 8 | 🔁 🔢      First ◀ 1-12 of 12 ▶ Last

Tax Details 1 | Tax Details 2 | Tax Tips 1 | 📁

| Tax Entity | State | Resident | Locality | Locality Name | PA EIT Work PSD Code | PA EIT Residence PSD Code | Tax Class | Taxable Gross | Tax Amount |
|---|---|---|---|---|---|---|---|---|---|
| US Federal | | | | | | | MED/EE | 33,500.00 | 485.75 |
| US Federal | | | | | | | Med/ER | 33,500.00 | 485.75 |
| US Federal | | | | | | | OASDI/EE | 33,500.00 | 2,077.00 |
| US Federal | | | | | | | OASDI/ER | 33,500.00 | 2,077.00 |
| US Federal | | | | | | | Unempl ER | 7,000.00 | 42.00 |
| US Federal | | | | | | | Withholding | 33,500.00 | 8,375.00 |
| US Federal | | | | | | | Addl FUTA | 7,000.00 | 23.45 |
| State | PA | | | | | | Unempl EE | 33,500.00 | 23.45 |
| State | PA | | | | | | Unempl ER | 8,750.00 | 787.67 |
| State | PA | Y | | | | | Withholding | 33,500.00 | 1,028.45 |
| State | PA | | .090402 | UPPER SOUTHAMPTON TWP | 090402 | 091202 | Withholding | 33,500.00 | 335.00 |
| State | PA | | O0891415C | UPPER SOUTHAMPTON TWP (M + SD) | | | LS Tax | | 2.00 |

☐ Return to Search      📄 Notify

Paycheck Earnings | **Paycheck Taxes** | Paycheck Deductions | Pay Check Memo NW



**WELLS FARGO**

**Pay Voucher**

B10 Wells Fargo Bank N A
101 North Phillips Avenue
Sioux Falls, SD  57104

HR Service Center
1-877-HRWELLS (1-877-479-3557)
TDD/TTY 1-800-988-0161

| Team Member Information and Pay Dates | | | Tax Data: | Federal | PA State |
|---|---|---|---|---|---|
| Vaishali Patel Riley | Employee ID: | 00001014408 | Marital Status: | Married | n/a |
| 661 Fox Hollow Drive | AU: | 0068209 | Allowances: | 3 | 3 |
| Yardley, PA  19067 | Location: | Southam280 | Addl. Amount: | | |
| | Job Title: | STORE MANAGER (SAFE) 3 | | | |
| | Pay Begin Date: | 10/01/2014 | | | |
| | Pay End Date: | 10/31/2014 | | | |
| | Check Date: | 10/14/2014 | | | |

| | Total Gross | Fed Taxable Gross | | Total Taxes | Total Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 33,500.00 | 33,500.00 | | 12,326.65 | 0.00 | | 21,173.35 |
| YTD | 33,500.00 | 33,500.00 | | 12,326.65 | 0.00 | | 21,173.35 |

**Earnings**

| | | --- Current --- | | --- Year To Date --- | | | Taxes |
|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | | |
| MISC Non-Certified Earnings | | | 33,500.00 | | 33,500.00 | | |

| Taxes | | |
|---|---|---|
| Description | Current | Year To Date |
| Fed Withholding | 8,375.00 | 8,375.00 |
| Fed MED/EE | 485.75 | 485.75 |
| Fed OASDI/EE | 2,077.00 | 2,077.00 |
| PA Unempl EE | 23.45 | 23.45 |
| PA Withholding | 1,028.45 | 1,028.45 |
| PA UPPER SOUTHAMPT LS Tax | 2.00 | 2.00 |
| PA UPPER SOUTHAMPT Withholding | 335.00 | 335.00 |

| Total: | | 0.00 | 33,500.00 | 0.00 | 33,500.00 | | Total: | 12,326.65 | 12,326.65 |
|---|---|---|---|---|---|---|---|---|---|

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Current | Year To Date | Description | Current | Year To Date |
| | | | | | |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 |

| Net Pay Distribution | | | |
|---|---|---|---|
| Paycheck Number | Account Type | Account Number | Deposit Amount |
| 7506167 | Issue Chk | | 21,173.35 |
| | | | |
| TOTAL: | | | 21,173.35 |

https://hrpeoplesoft.wellsfargo.com/psp/PSSC_1/XPERT_NW/HRMS/c/MAINTAIN_PAYROLL_DATA_US.YE_DATA.USA

Favorites | Main Menu | Workforce Administration | Job Information | Job Data

**Job Data**

Home | Add to Favorites | Sign out

Job Data Search

Search >> Advanced Search | Last Search Results

**Employee**

**Riley,Vaishali Patel**

Work Location

Job Information | Job Labor | Payroll | Salary Plan | Compensation | Other Job Data

**Work Location** ⓘ

EmplID 000010T4408

Find | First ④ 1 of 1 ⑤ Last

**Position Number** 01118905

Override Position Data

STORE MANAGER (SAFE) 3

☐ Current

**Effective Date** 11/16/2012
**Effective Sequence** 0
**HR Status** Inactive
**Payroll Status** Terminated

**Action** Termination
**Reason** VP-Violation of Company Polici
**Job Indicator** Primary Job

**Position Entry Date** 12/14/2010

☐ Position Management Record

Override Position Data | Refresh Position Data

**Regulatory Region** USA
**Company** B10
**Business Unit** STDBU
**Department Entry Date** 12/19/2010
**Department** 0000021127
**Location** 000003205
**Establishment ID**

United States
WELLS FARGO BANK N A
STDBU
WFB - Penn Del Rp
Southam280

*P+ Work lo effect* (handwritten)

**Last Start Date** 05/30/2009

**Last Date Worked** 11/15/2012
Employment Data

**Termination Date** 11/15/2012
☐ Override Last Date Worked

**Date Created** 11/15/2012
**Last Updated** 11/15/2012 7:34:22AM

🖫 Save | 🖫 Return to Search | 🔄 Refresh

🖫 Update/Display | 📄 Include History

Benefits Program Participation

Work Location | Job Information | Job Labor | Payroll | Salary Plan | Compensation | Other Job Data

4/10/2015

Modify a Person

Favorites      Main Menu      Workforce Administration      Personal Information      Modify a Person      Last Search Results            Home      Add to Favorites      Sign out

# Address History

## Address History

| Address Type | Home | |

Find | First ⊴ 1-3 of 3 ⊵ Last

**Effective Date** 02/10/2015
**Country** USA
**Status** A

**Address** 16919 Cobbler Crossing Dr
Sugarland, TX
77498

**Effective Date** 01/01/2012
**Country** USA
**Status** A

**Address** 661 Fox Hollow Drive
Yardley, PA
19067
Bucks

**Effective Date** 05/30/2009
**Country** USA
**Status** A

**Address** 47 MAGNOLIA COURT
FEASTERVILLE, PA
19053

OK      Cancel      Refresh

All      Search      ⊗ Advanced Search

Favorites | Main Menu | Workforce Administration | View HR Audits | Search Audit Table | Last Search Results

Home | Add to Favorites | Sign out

## Search Audit Table

All | Search | » | Advanced Search

Return to List

Personalize | Find | First 1-6 of 6 Last

| User ID | User | Record (Table) Name | Date and Time Stamp | Action | Field Name | Old Value | New Value | EMPLID | ADDRESS_TYPE | EFFDT | Fourth Key | Fifth Key | Sixth Key |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000005970J | HANSEN,DENISE M | ADDRESSES | 02/10/15 12:29:02.679726PM | Add | POSTAL | | 77498 | 00001014408 | HOME | 2015-02-10 | | | |
| 000005970J | HANSEN,DENISE M | ADDRESSES | 02/10/15 12:29:02.669849PM | Add | STATE | | TX | 00001014408 | HOME | 2015-02-10 | | | |
| 000005970J | HANSEN,DENISE M | ADDRESSES | 02/10/15 12:29:02.659146PM | Add | CITY | | Sugarland | 00001014408 | HOME | 2015-02-10 | | | |
| 000005970J | HANSEN,DENISE M | ADDRESSES | 02/10/15 12:29:02.641795PM | Add | ADDRESS1 | | 16919 Cobbler Crossing Dr | 00001014408 | HOME | 2015-02-10 | | | |
| 000005970J | HANSEN,DENISE M | ADDRESSES | 02/10/15 12:29:02.633740PM | Add | COUNTRY | | USA | 00001014408 | HOME | 2015-02-10 | | | |
| 000005970J | HANSEN,DENISE M | ADDRESSES | 02/10/15 12:29:02.624624PM | Add | EFFDT | | 2015-02-10 | 00001014408 | HOME | 2015-02-10 | | | |

Return to List

Review/Update Year End Forms

# Review/Update Year End Data

## W-2 Information

## Employee Information

| | |
|---|---|
| Employee ID | 00001014408 |
| Process Flag | Complete |

| | | Company | B10 |
|---|---|---|---|
| First Name | VAISHALI | Calendar Year | 2014 |
| Last Name | RILEY | Tax Form ID | W-2 |
| | | Find \| View All | First ⏴ 1 of 3 ▶ Last |
| Address 1 | 661 FOX HOLLOW DRIVE | Middle Name | PATEL |
| Address 2 | | Suffix | |
| City | YARDLEY | | |
| State | PA | | |
| Country | USA | | |
| Sequence | 1 | Postal Code | 19067 |

PR Control Number

Social Security Number 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

## Employee Status
☐ Statutory Employee        ☐ Retirement Plan
☐ Third-party sick pay

PR e-File Confirmation Number

## Tax Form Box Detail

Personalize | Find | 🖾 🖳     First ⏴ 1-11 of 11 ▶ Last

| Box | Description | State | Locality | Locality Name | Box Amount |
|---|---|---|---|---|---|
| 01 | Wages,tips,other compensation | | | | 33500.00 |
| 02 | Fed/err income tax withheld | | | | 8375.00 |
| 03 | Social Security wages | | | | 33500.00 |
| 04 | Social Security tax withheld | | | | 2077.00 |
| 05 | Medicare wages and tips | | | | 33500.00 |
| 06 | Medicare tax withheld | | | | 485.75 |
| 14F | PA Employee Unemployment | PA | | | 23.45 |
| 16 | State wages, tips, etc. | PA | | | 33500.00 |
| 17 | State income tax | PA | | | 1028.45 |
| 18 | Local wages, tips, etc. | PA | 090402 | UPPER SOUTHAMPTON TWP | 33500.00 |
| 19 | Local income tax | PA | 090402 | UPPER SOUTHAMPTON TWP | 335.00 |

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY



# Rescheduling Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-38-1-01 |
| MDJ Name: | Honorable Ester J. Casillo |
| Address: | 160 West Germantown Pike |
| | Suite D5 |
| | Norristown, PA  19401 |
| Telephone: | 610-272-3029 |

Vaishali P Riley
v.
Wells Fargo Bank, NA

Paul Lancaster Adams Jr., Esq.
Ogletree Deakins Nash, Smoak & Stewart, P.C.
1735 Market Street, Suite 3000
Philadelphia, PA  19103-7501

Docket No:   MJ-38101-CV-0000065-2015
Case Filed:   3/20/2015

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing was previously scheduled on April 30, 2015 / 10:00 AM.  It has been rescheduled to be held on/at:

| Date: **Tuesday, June 23, 2015** | Place: | Magisterial District Court 38-1-01,  Norristown |
|---|---|---|
| | | 160 West Germantown Pike |
| Time: **12:00 PM** | | Suite D5 |
| | | Norristown, PA  19401 |
| | | 610-272-3029 |

Continuance requested by Vaishali P Riley
Reason: Intent to Defend Filed

## Notice To Defendant

**If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.**

**You must appear at the hearing and present your defense.  Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number.  We are unable to provide transportation.**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY



**Notice of Intent to Defend**

| | |
|---|---|
| Mag. Dist. No: | MDJ-38-1-01 |
| MDJ Name: | Honorable Ester J. Casillo |
| Address: | 160 West Germantown Pike |
| | Suite D5 |
| | Norristown, PA 19401 |
| Telephone: | 610-272-3029 |

Vaishali P Riley
v.
Wells Fargo Bank, NA

Paul Lancaster Adams Jr., Esq.
Ogletree Deakins Nash, Smoak & Stewart, P.C.
1735 Market Street, Suite 3000
Philadelphia, PA 19103-7501

Docket No: MJ-38101-CV-0000065-2015
Case Filed: 3/20/2015

A Civil Action Hearing has been scheduled to be held on/at:

| | |
|---|---|
| Date: **Tuesday, June 23, 2015** | Place: Magisterial District Court 38-1-01, Norristown |
| | 160 West Germantown Pike |
| Time: **12:00 PM** | Suite D5 |
| | Norristown, PA 19401 |
| | 610-272-3029 |

PLAINTIFF:

You are hereby notified that the defendant named below has given notice of his/her intent to present a defense at the hearing in the above case.

DEFENDANT(S)
Wells Fargo Bank, NA

April 28, 2015
_____
Date

_____
Magisterial District Judge Ester J. Casillo

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY



**Rescheduling Notice**

| | |
|---|---|
| Mag. Dist. No: | MDJ-38-1-01 |
| MDJ Name: | Honorable Ester J. Casillo |
| Address: | 160 West Germantown Pike |
| | Suite D5 |
| | Norristown, PA  19401 |
| Telephone: | 610-272-3029 |

Vaishali P Riley
v.
Wells Fargo Bank, NA

Wells Fargo Bank, NA
625 Marquette Avenue
Minneapolis, MN  55479

Docket No:   MJ-38101-CV-0000065-2015
Case Filed:  3/20/2015

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing was previously scheduled on April 30, 2015 / 10:00 AM. It has been rescheduled to be held on/at:

| Date: **Tuesday, June 23, 2015** | Place: | Magisterial District Court 38-1-01,  Norristown |
|---|---|---|
| | | 160 West Germantown Pike |
| Time: **12:00 PM** | | Suite D5 |
| | | Norristown, PA  19401 |
| | | 610-272-3029 |

Continuance requested by Vaishali P Riley
Reason: Intent to Defend Filed

## Notice To Defendant

**If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.**

**You must appear at the hearing and present your defense.  Unless you do, judgment may be entered against you by default.**

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

## Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 318, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number.  We are unable to provide transportation.**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY



# Notice of Intent to Defend

| | |
|---|---|
| Mag. Dist. No: | MDJ-38-1-01 |
| MDJ Name: | Honorable Ester J. Casillo |
| Address: | 160 West Germantown Pike<br>Suite D5<br>Norristown, PA  19401 |
| Telephone: | 610-272-3029 |

Wells Fargo Bank, NA
625 Marquette Avenue
Minneapolis, MN  55479

Vaishali P Riley
v.
Wells Fargo Bank, NA

Docket No:   MJ-38101-CV-0000065-2015
Case Filed:  3/20/2015

A Civil Action Hearing has been scheduled to be held on/at:

| Date: **Tuesday, June 23, 2015** | Place: | Magisterial District Court 38-1-01,  Norristown<br>160 West Germantown Pike<br>Suite D5<br>Norristown, PA  19401<br>610-272-3029 |
|---|---|---|
| Time: **12:00 PM** | | |

PLAINTIFF:

You are hereby notified that the defendant named below has given notice of his/her intent to present a defense at the hearing in the above case.

DEFENDANT(S)
Wells Fargo Bank, NA

April 28, 2015
_____
Date

_____
Magisterial District Judge Ester J. Casillo

# EXHIBIT B

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Julie A. Donahue (Pa. Id. # 203347)
1735 Market Street, Suite 3000
Philadelphia, PA 19103-7218
(215) 995-2800 (Phone)

Attorneys for Defendant

| | | |
|---|---|---|
| VAISHALI P. RILEY | : | |
|       Plaintiff, | : | **MONTGOMERY COUNTY** |
| | : | **MAGISTERIAL DISTRICT** |
| | : | **COURT** |
| | : | |
| | : | |
| v. | : | |
| | : | No. MJ-38101-CV-0000065-2015 |
| | : | |
| WELLS FARGO BANK, N.A., | : | |
|       Defendant. | : | |
| | : | |

## <u>DEFENDANT'S NOTICE OF FILING A NOTICE OF REMOVAL TO FEDERAL COURT</u>

TO THE COURT ADMINISTRATOR FOR MAGISTERIAL DISTRICT COURT 38-1-01, MONTGOMERY COUNTY:

Pursuant to 28 U.S.C. § 1446(d), on May 5, 2015, Defendant in the above-referenced action, in which Defendant first received a copy of the Complaint on April 9, 2015, filed a Notice of Removal in the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. Section 1446(a) ("Notice of Removal"). A copy of that Notice of Removal is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1446(d), the filing of that Notice of Removal, together with the filing of the attached Notice of Removal with this Court, effects the removal of this action, and this Court may proceed no further unless and until the case is remanded by the federal court.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

Julie A. Donahue (Pa. Id. No. 203347)
1735 Market Street, Suite 3000
Philadelphia, PA  19103
(215) 995-2800 (Phone)
(215) 995-2801 (Fax)
julie.donahue@ogletreedeakins.com

Attorneys for Defendant

Dated:  May 6, 2015

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Julie A. Donahue (Pa. Id. # 203347)
1735 Market Street, Suite 3000
Philadelphia, PA 19103-7218
(215) 995-2800 (Phone)

Attorneys for Defendant

| | |
|---|---|
| VAISHALI P. RILEY | : |
| Plaintiff, | : **MONTGOMERY COUNTY** |
| | : **MAGISTERIAL DISTRICT** |
| | : **COURT** |
| | : |
| | : |
| v. | : |
| | : No. MJ-38101-CV-0000065-2015 |
| | : |
| WELLS FARGO BANK, N.A., | : |
| Defendant. | : |

### CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of May 2015, a true and correct copy of the foregoing Defendant's Notice of Filing of Removal, Exhibit A: Notice of Removal, Civil Cover Sheet, Designation Form, Case Management Track Designation Form, and Certificate of Service were served by first class mail, postage prepaid, to counsel for Plaintiff addressed as follows:

Alan B. Kane
One Montgomery Plaza
Suite 608
Norristown, PA 19401
Attorney for Plaintiff

Julie A. Donahue
Attorney for Defendant

21131634.1

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| Vaishali P. Riley | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Wells Fargo Bank, N.A. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
   and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   (X)

(d) Asbestos – Cases involving claims for personal injury or property damage from
   exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
   commonly referred to as complex and that need special or intense management by
   the court. (See reverse side of this form for a detailed explanation of special
   management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( )

| | | |
|---|---|---|
| 5/6/2015 | | Wells Fargo Bank, N.A. |
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215 995 2800 | 215 995 2801 | julie.donahue@ogletreedeakins.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

JS 44   (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Vaishali P. Riley<br>16919 Cobbler Crossing Drive<br>Sugar Land, TX 77498 | Wells Fargo Bank, N.A.<br>90 S. 7th Street<br>Minneapolis, MN 55402 |

| (b) County of Residence of First Listed Plaintiff   Fort Bend, TX<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   State of Delaware<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
|---|---|
| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>Alan B. Kane, Esq.<br>One Montgomery Plaza, Suite 903<br>Norristown, PA 19401 | Attorneys *(If Known)*<br>Julie A. Donahue, Esq., Ogletree, Deakins, Nash, Smoak & Stewart,<br>P.C., 1735 Market Street, Suite 3000, Philadelphia, PA 19103 |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
         Plaintiff

☒ 3   Federal Question
         *(U.S. Government Not a Party)*

☐ 2   U.S. Government
         Defendant

☐ 4   Diversity
         *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                        *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>     & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>     Student Loans<br>     (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>     of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>     Liability<br>☐ 320 Assault, Libel &<br>     Slander<br>☐ 330 Federal Employers'<br>     Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>     Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>     Product Liability<br>☐ 360 Other Personal<br>     Injury<br>☐ 362 Personal Injury -<br>     Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>     Product Liability<br>☐ 367 Health Care/<br>     Pharmaceutical<br>     Personal Injury<br>     Product Liability<br>☐ 368 Asbestos Personal<br>     Injury Product<br>     Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>     Property Damage<br>☐ 385 Property Damage<br>     Product Liability | ☐ 625 Drug Related Seizure<br>     of Property 21 USC 881<br>☐ 690 Other<br><br><br>**LABOR**<br>☐ 710 Fair Labor Standards<br>     Act<br>☐ 720 Labor/Management<br>     Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>     Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>     Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>     28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>     Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>     Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>     Act<br>☐ 896 Arbitration |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>     Accommodations<br>☐ 445 Amer. w/Disabilities -<br>     Employment<br>☐ 446 Amer. w/Disabilities -<br>     Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>     Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>     Conditions of<br>     Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>     Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>     or Defendant)<br>☒ 871 IRS—Third Party<br>     26 USC 7609 | ☐ 899 Administrative Procedure<br>     Act/Review or Appeal of<br>     Agency Decision<br>☐ 950 Constitutionality of<br>     State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1   Original
         Proceeding

☒ 2   Removed from
         State Court

☐ 3   Remanded from
         Appellate Court

☐ 4   Reinstated or
         Reopened

☐ 5   Transferred from
         Another District
         *(specify)*

☐ 6   Multidistrict
         Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. 7434
Brief description of cause:
Alleged falsification of W2 issued to plaintiff

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
   UNDER RULE 23, F.R.Cv.P.

DEMAND $
12,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
05/06/2015

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __16919 Cobbler Crossing Drive, Sugar Land, TX  77498__

Address of Defendant: __90 S. 7th Street, Mineeapolis, MN  55402__

Place of Accident, Incident or Transaction: __Southampton, Pennsylvania__
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))  Yes☐  No☐

Does this case involve multidistrict litigation possibilities?  Yes☐  No☐

*RELATED CASE, IF ANY:*
Case Number: __2:14-cv-00010__  Judge __Sanchez__  Date Terminated: __9/8/14__

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐  No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☒  No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐  No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐  No☒

---

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
(Please specify) __Federal Tax, 26 U.S.C. 7434__

B. *Diversity Jurisdiction Cases:*

1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify) _____

### ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, __Julie A. Donahue__, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: __5/6/15__  _____  __203347__
Attorney-at-Law  Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

---

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __5/6/15__  _____  __203347__
Attorney-at-Law  Attorney I.D.#

CIV. 609 (5/2012)

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 16919 Cobbler Crossing Drive, Sugar Land, TX  77498

Address of Defendant: 90 S. 7th Street, Mineeapolis, MN  55402

Place of Accident, Incident or Transaction: Southampton, Pennsylvania
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes☐     No☐

Does this case involve multidistrict litigation possibilities?     Yes☐     No☐
*RELATED CASE, IF ANY:*
Case Number: 2:14-cv-00010     Judge Sanchez     Date Terminated: 9/8/14

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐     No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☒     No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐     No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐     No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) Federal Tax, 26 U.S.C. 7434

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify) _____

### ARBITRATION CERTIFICATION
*(Check Appropriate Category)*

I, Julie A. Donahue, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 5/6/15     _____     203347
                  Attorney-at-Law              Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 5/6/15     _____     203347
                  Attorney-at-Law              Attorney I.D.#

CIV. 609 (5/2012)